Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
***Attorneys for Plaintiff***

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN DEFOREST, individually and on behalf of all others similarly situated, | ) Case No. <br> ) 8:18-cv-00472-JVS-RAO <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) **NOTICE OF VOLUNTARY** <br> ) **DISMISSAL OF THE** <br> ) **INDIVIDUAL CLAIMS** |
| SMILE BRANDS, INC.; SMILE BRANDS FINANCE, INC. dba BRIGHT NOW! DENTAL, INC.; DOES 1-10, AND EACH OF THEM. | ) **WITH PREJUDICE AND THE** <br> ) **PUTATIVE CLASS CLAIMS** <br> ) **WITHOUT PREJUDICE** <br> ) <br> ) |
| Defendant(s). | ) <br> ) <br> ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of

Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with

prejudice as to the individual claims and without prejudice as to the putative class

claims. Each party shall bear their own costs and fees. Defendant has neither

answered Plaintiff's Complaint, nor filed a motion for summary judgment.

Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

  RESPECTFULLY SUBMITTED this July 13 2018.

      By: /s/Adrian R. Bacon
        Adrian R. Bacon
    Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

# **CERTIFICATE OF SERVICE**

Filed electronically on July 13, 2018 with:

United States District Court CM/ECF system

Notification sent electronically on July 13, 2018 to:

To the Honorable Court, all parties and their Counsel of Record

By: s/ Adrian R. Bacon Esq.

      Adrian R. Bacon Esq.